394 A.2d 610

Commonwealth v. Huff, Appellant.

Argued June 12, 1978. Cheryl A. Furey, for appellant; Edward G. Rendell, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

394 A.2d 611

Commonwealth v. Kessler, Appellant.

Argued June 16, 1978. M. Conahan, with him Thomas L. Kennedy, for appellant; E. Vermillion, Assistant District Attorney, with him Richard Webb, District Attorney, for Commonwealth, appellee.

Order affirmed.